# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINTEZ TALLEY, | : | No. 3:17cv965 |
|     Plaintiff | : | |
|     v. | : | (Judge Munley) |
| | : | |
| DORNIA VARNER, et al., | : | (Magistrate Judge Mehalchick) |
|     Defendants | : | |

## ORDER

**AND NOW**, to wit, this 28th day of March 2019, it is hereby ordered as follows:

1) Magistrate Judge Mehalchick's report and recommendation (Doc. 15) is hereby **ADOPTED** in part;

2) The plaintiff's objections (Doc. 16) are **OVERRULED**;

3) The defendant's motion to dismiss plaintiff's amended complaint (Doc. 11) is **GRANTED**;

4) Plaintiff's amended complaint is **DISMISSED** with prejudice; and

5) The Clerk of Court is directed to close this case.

                                              **BY THE COURT:**

                                              **s/ James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**